**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          ) | |
|                    )  | 09-04333MP-001-PCT-MEA |
| Plaintiff,     ) | |
|                    )  | **ORDER** |
| vs.                  ) | |
|                    )  | |
| Matthew Paul Nelson,      ) | |
|                    )  | |
| Defendant.     ) | |
|                    )  | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for one (1) year to terminate on November 23, 2011.

DATED this 29th day of September, 2010.

Mark E. Aspey
United States Magistrate Judge